# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROBERT BILLY RAMOS,

    Plaintiff(s),

vs.

SIDNEY HARKLEROAD,
Administrator, Marion Correctional
Institution,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11-cv-169-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/20/12 Order.

Signed: September 20, 2012

Frank G. Johns, Clerk
United States District Court